# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv226

| | |
|---|---|
| WILLIAM E. FERRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BJ'S WHOLESALE CLUB, )<br>)<br>Defendant. )<br>_____) | **NOTICE AND<br>SUPPLEMENT TO<br>PRETRIAL ORDER** |

**THIS MATTER** came before the Court by transfer on September 27, 2007.

The parties are hereby notified that this matter is scheduled for trial during the **February 11, 2008 trial term**.

The Pretrial Order and Case Management Plan [Doc. 9] is hereby supplemented as follows:

> No later than **fourteen (14) days** prior to the Final Pretrial Conference, counsel for each party shall file any motions *in limine*. Responses to any such motions must be filed no later than **seven (7) days** prior to the Final Pretrial Conference.

This matter will be scheduled for a pretrial conference during the week of January 28, 2008. The Clerk will notify the parties of the specific date, time and place of such pretrial conference.

**IT IS SO ORDERED.**

Signed: November 28, 2007

Martin Reidinger
United States District Judge