IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:06cv226

| | |
|---|---|
| WILLIAM E. FERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BJ'S WHOLESALE CLUB, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the parties' report that the case has settled.

The Court will provide the parties with thirty (30) days within which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before thirty (30) days from entry of this Order.

Signed: February 8, 2008

Martin Reidinger
United States District Judge